# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **JAKOYA JADE OATS,** <br><br> **Defendant.** | CR 19-68-GF-BMM <br><br><br> **ORDER** |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 22). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 14 day of January, 2020.

_____
Brian Morris
United States District Court Judge

1