IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JAKOYA JADE OATS,<br><br>               Defendant. | CR-19-68-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2021. (Doc. 86.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 23, 2021. (Doc. 52.) The United States accused Oats of violating his conditions of supervised

release 1) by failing to report for substance abuse testing on two separate occasions; 2) by knowingly associating with a convicted felon without the prior approval of his probation officer; 3) by failing to notify his probation officer of a contact with law enforcement; 4) by consuming alcohol; 5) by failing to notify his probation officer of a change in residence; 6) by using methamphetamine and marijuana; 7) by failing to report to his probation officer as directed; 8) by failing to reside at the residence approved by his probation officer; 9) by failing to schedule substance abuse treatment; and 10) by committing another crime. (Doc. 47.)

At the revocation hearing, Oats admitted to violation the conditions of his supervised release 1) by failing to report for substance abuse testing on two separate occasions; 2) by failing to notify his probation officer of a contact with law enforcement; 3) by failing to notify his probation officer of a change in residence; 4)  by using methamphetamine and marijuana; 5) by failing to reside at the residence approved by his probation officer; 6) by failing to schedule substance abuse treatment; and 7) by committing another crime . (Doc. 52.)  Judge Johnston found that the violations Oats admitted proved to be serious and warranted revocation, and recommended that Oats receive a custodial sentence of 18 months, with 18 months supervised release to follow with the first 180 days of supervised release in a residential re-entry center, as directed by his probation officer. (Doc

53.)  Oats was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 52.)  The violations prove serious and warrant revocation of Oats's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 53) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jakoya Jade Oats be sentenced to the custody of the United States Bureau of Prisons for 18 months, with 18 months supervised release to follow with the first 180 days of supervised release in a residential re-entry center, as directed by his probation officer.

DATED this 12th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court