IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAKOYA JADE OATS, <br><br> Defendant. | CR-19-68-GF-BMM <br><br><br> **O**RDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 22, 2022. (Doc. 66.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 21, 2022. (Doc. 61.) The United States accused Jakoya Oats (Oats) of violating his conditions of supervised release by failing to complete his 180-day term at the Great Falls Residential Reentry Center. (Doc. 57.)

At the revocation hearing, Oats admitted that he had violated the conditions of his supervised release by failing to complete his 180-day term at the Great Falls Residential Reentry Center. (Doc. 66.)  Judge Johnston found that the violation Oats admitted proved to be serious and warranted revocation, and recommended that Oats receive a custodial sentence of 3 months, with 15 months of supervised release to follow, with the first 90 days of supervised release under home confinement. (Doc. 66.)  Oats was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 61.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 66) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jakoya Jade Oats be sentenced to the Bureau of Prisons for 3 months, with 15 months of supervised release to follow with the first 90 days of supervised release under home confinement.

DATED this 7th day of July, 2022.

*Brian Morris* (signature)

Brian Morris, Chief District Judge
United States District Court