IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-68-GF-BMM-JTJ |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| JAKOYA JADE OATS, | |
| Defendant. | |

## I. Synopsis

Defendant Jakoya Jade Oats (Oats) has been accused of violating the conditions of his supervised release. Oats admitted all of the alleged violations, except alleged violation 3. The Court dismissed alleged violation 3 on the government's motion. Oats's supervised release should be revoked. Oats should be placed in custody for 10 months, with no supervised release to follow.

## II. Status

Oats pleaded guilty to being a Prohibited Person in Possession of a Firearm on December 17, 2019. (Doc. 20). The Court sentenced Oats to 12 months of custody, followed by 3 years of supervised release. (Doc. 31). Oats's current term of supervised release began on September 12, 2022. (Doc. 71 at 2).

**Petition**

The United States Probation Office filed a Petition on January 30, 2023, requesting that the Court revoke Oats's supervised release. (Doc. 71). The Petition alleged that Oats had violated the conditions of his supervised release: 1) by failing to follow the instructions of his probation officer on two separate occasions; 2) by failing to report for substance abuse treatment; 3) by failing to participate in substance abuse testing; 4) by using fentanyl; and 5) by failing to notify his probation officer of a change in residence.

**Initial appearance**

Oats appeared before the undersigned for his initial appearance on March 21, 2023. Oats was represented by counsel. Oats stated that he had read the petition and that he understood the allegations. Oats waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on March 21, 2023. Oats admitted that he had violated the conditions of his supervised release: 1) by failing to follow the instructions of his probation officer on two separate occasions; 2) by failing to report for substance abuse treatment; 3) by using fentanyl; and 4) by

2

failing to notify his probation officer of a change in residence. The Court dismissed alleged violation 3 on the government's motion. The violations that Oats admitted are serious and warrant revocation of his supervised release.

Oats's violations are Grade C violations. Oats's criminal history category is III. Oats's underlying offense is a Class C felony. Oats could be incarcerated for up to 24 months. Oats could be ordered to remain on supervised release for up to 15 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Oats's supervised release should be revoked. Oats should be incarcerated for 10 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Oats that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Oats of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Oats that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Jakoya Jade Oats violated the conditions of his supervised release: by failing to follow the instructions of his probation officer on two separate occasions; by failing to report for substance abuse treatment; by using fentanyl; and by failing to notify his probation officer of a change in residence.

The Court **RECOMMENDS:**

That the District Court revoke Oats's supervised release and commit Oats to the custody of the United States Bureau of Prisons for 10 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 22nd day of March, 2023.

                                              */s/ John Johnston*
                                              John Johnston
                                              United States Magistrate Judge